# NO. 12-10-00395-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *RICHARD RANDLE,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Relator Richard Randle filed a petition for writ of mandamus seeking an order directing the trial court to rule on his "Motion for Reformation of Sentence." We have received documentation showing that, on December 14, 2010, the trial court ruled on Relator's motion. Accordingly, his petition for writ of mandamus is now moot and is ***dismissed***.

Opinion delivered December 22, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)